Clerence George #2626/
Walker County Jail
P.O. Box 767
Lafayette, Georgia 30728
December 21, 2025

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 0 2 2026

KEVIN P. WEIMER, Clerk
By:                    Deputy Clerk

Department of Justice
ATTN: Civil Rights Division
75 Ted Turner Drive S.W
Atlanta, Georgia 30303
RE: Letter in Support of
Previous letters and Documents
IN RE: Civil Rights violations

# 26-CV-003

As noted above I have submitted several letters and documents to your office and to U.S. Attorney Theodore Hertzberg evidencing that my Civil Rights have been violated along with other defendants. I have submitted "Notarized" letters along with documents enclosed in 2000 the "Catoosa County" D.A office used "perjured" testimony to obtain an indictment for (2) counts of 1st Degree Forgery in which I submitted the "State Warrant and Mithmus" used by the Affiant "Mike Tinker" CCSO to arrest me on the above noted Charges. In his "affidavit" he notes the date "June 6, 2000" as the date an "$800 and $500 dollar checks were cashed" and he further notes the "Place of occurrence "was the "Northwest Georgia Bank" Fort Oglethorpa, Georgia. You have the above noted document and it states the date the "Arrest Warrant" was issued was "June 14, 2000."

page 1 of 8

You also have the document "True Bill" dated September 12, 2000 and it "Reflects that on September 22, 2000 I entered a not guilty Plea" and it notes that I was represented by "Larry Stagg." As noted in my previous letters I wanted to go to trial because on June 6, 2000 the bank called Julie Mc=Donald twice at Work; "Please note that it was Andrea Rice and her son Rick, that gave me the ride to the bank, to the auto-dealership (each twice) because I had no one else to give me a ride and because Andrea knew where Julie did her bank business at." In my previous letters submitted I informed you that Stagg convinced my family and me that taking the "90 day, 5 year probation" Plea deal was the quickest way for me to get home; You have the document as noted above in which I changed my "not guilty" plea to "guilty" on "October 4, 2000." I informed you that I wouldn't have accepted the "Plea", if I had seen the "Indictment which states that I cashed the $800 check on the 8th of June, 2000 and I cashed the $500 check on the 9th of June, 2000 and the indictment doesn't state" The Place of occurrence," Furthermore, the indictment lists "Mike Tinker, ccso as one of the "witnesses" before the "Grand Jury" and it was "Tinker" who obtained the "Arrest Warrant on June 14, 2000." Once again you have the documents as noted above in my previous letters submitted. I completed the sentence and before I was released a Counselor at "Polk County Boot Camp" checked with Chatta-nooga "to see if I had any warrants associated with the "Car belonging to Andrea being stolen by me and there were no warrants, you have the documents in which I was arrested on June 13, 2000 and charged with "Theft by bringing stolen Property into State" & Driving w/o valid licenses ticket Numbers: 015804 & 015805." I also advised you that when

Case 4:26-cv-00003-WMR   Document 1   Filed 01/02/26   Page 2 of 8

We were arrested on June 13, 2000 and taken to the jail we both were "checked for scratches on our necks and arms", moreover, I had my "DNA" taken and the attorney "Larry Stagg" received the court order." In 2010 in Brimingham, Alabama on October 22, 2010 I was stopped by BPD because the car I was driving didn't have a tag on it and once they ran me they told me I had a "probation violation arrest warrant from Catoosa County." I was taken to Jefferson County Jail and I ended up signing the "extradition waiver and I was extradited on November 04, 2010." You have the "Case action summary" from Jefferson County Circuit Court Clerk's Office and it notes that I wasn't arrested until October 22, 2010 and extradited on November 4, 2010 and you have the letter dated October 21, 2010 from the Lookout Mountain Public Defender "Sean Lowe" in which I had been requesting to see the Magistrate, a probation officer and/or a judge. Once again you have the letters I submitted previously and they reflect that I never met, spoke too, and I never applied for a "Public Defender" in 2010 and as noted you have the letter from "Sean Lowe" in which he states he has "confirmed" that case no: 01CR00047 was the "basis" for the probation violation" and he notes that the case was a "2nd Degree Forgery case" and you have the "Nolle Prosequi" motion by A.D.A Gregor which notes that case no: 01CR00047 was the "Theft by bringing stolen property into the state and driving w/o valid license" and the motion was granted by "Ralph Van Pelt." "Lowe" in his letter clearly states that the "D.A. Office" had informed him that I had "Probation Violations" in "Henry County" and once again I've never been arrested in "Henry County." You have the June 13 & 19, 2010 responses from the Catoosa County Clerk

Page 3 of 8

Norman L. Stone" in which he advises me that the Judges scheduled to appear are "Bo Woods" and "Ralph Van Pelt." "Stone further advises that the Habeas Corpus (the Writ) in which I filed challenging that I was being illegally held was in the Judges Offices" As noted in my previous letters to you, I informed you that I never saw a probation officer, a magistrate, a lawyer and/or a judge in 2010. You have in my previous letters been informed that I was assaulted twice by guys who I believe were "Deputies" and I had my "DNA" taken once again by 2 Deputies and a nurse and when I asked for the "Court Order" authorizing them to take my "DNA" once again they told me that my "lawyer" has the "Court Order." I have sent you several letters with "Notarized" Requests to the "Catoosa County Clerks Office" in which I have requested the "DNA Sample records" from 2000 and 2010 and the responses from "Deputy Clerk For Catoosa County Summer Petty" She notes that the Clerk's Office doesn't have the "DNA Sample" records from 2000 and 2010; She advises in all her response letters that the "Catoosa County D.A. Office" has the "DNA Sample records." As noted in 2010, I never saw a probation officer, a magistrate and I never appeared in Court and/or saw a judge in 2010 and the "2nd" week of February 2011 I was released in the middle of the night/morning." You have copies of "Notarized" letters sent to "Summer Petty" and "Kristin Patten" Requesting documents pertaining too CASE NOS: 000CR00280 and 01CR00097 and noted in several letters "Kristin Patten" hasn't responded to any of my requests for docu-

ments pertain too the noted cases and furthermore she hasn't responded to any of my requests concerning "Sean Lowe" and the "Deputy Clerk Summer Petty" was the one after several ~~reg~~ "Notarized" requests sent me the "Motion to Dismiss the Arrest Warrant" filed by A.D.A. Melissa Pittman in 2011 regarding the "Probation Revocation" case no: 000CR00980 and the motion was granted by "Judge Ralph Van Pelt." "Once released and after I got home we tried to obtain the records from my "illegal" incarceration in 2010 from the "Clerk Norman L. Stone" and each time we never got a response. As noted in this letter and letters submitted to you the "Lookout Mountain Public Defender Kristin Patten" hasn't responded to any of my requests concerning case nos: 000CR00980 and 01CR000 47 from 2000 and 2010, moreover, she hasn't responded to any of my requests regarding "Sean Lowe" in which I have once again submitted the "Case action Summary" from Jefferson County which reflects that when "Sean Lowe" wrote the "October 21, 2010" letter to me I "hadn't been arrested" and the document reflects that "Sean Lowe" lied about the "basis for the Probation Violation" and the "Case action Summary reflects that the "Probation Violation ~~Arrest~~ arrest warrant was a "Possession of a Forged Instrument" and I've repeatedly requested from "Kristin Patten" any documentation from "2010" in which I applied for a "Lookout Mountain Public Defender" and once again there has been no response. "I have also sent "Notarized" requests to the "Deputy Clerk Summer Petty" requesting documentation regarding any documents I submitted to be represented by a "Lookout Mountain Public Defender" in

Case 4:26-cv-00003-WMR Document 1 Filed 01/02/26 Page 5 of 8

2010 and there has been no "Response" from her office regarding "Sean Lowe" being appointed said for my applying for a "Lookout Mountain Public Defender" in 2010. As noted in the opening of this letter to you I have submitted several letters and documents to you and Attorney Theodore Hertzberg that I believe evidence that my Constitutional rights have been violated and recently I submitted letters to "Kristin Patten dated October 20, 2025, November 10, 2025, November 18, 2025 and December 1 and 8, 2025 and I believe each letter speaks for itself in which I have once again requested documents pertain too "Sean Lowe" and case nos: 000CR00980 and 01CR00047 from 2000 and 2010." To date once again there has been no "Response" from her and in my letters to her I address the "Fact" that she isn't functioning as a "Defense advocate" and the way the "Lookout Mountain Public Defenders" allow the "so-called Preliminary Hearing" to be held "ensures" that the case will be bound over. You are taken to an office room with (4) computer screens inside and you are told "not too speak" and the "mute" button is on "and on one screen is the A.D.A, on the next screen is the Detective (William Davis from Walker County) and on the next screen is the lawyer (Kristin Patten) and on the 4th screen is the Judge/Magistrate and you are once again told not "speak" which the "way" once again the "so-called Preliminary Hearing" is held violates your "constitutional right to "Confrontation" and "no one asks for your "consent" to the hearing to be held like this which violates the "client-attorney confidentiality clause" to be able to speak to one another and in my case Kristin Patten "lied to me, when we finished the "Paperwork" that the hearing on the 6th of December was going to be a "Bond Hearing" and she would be back to talk about the "case

And it was my daughter who told me that the hearing on December 6, 2024 was going to be a "so-called" Preliminary Hearing. Once again the way the so-called Preliminary Hearing is held and the fact that she "lied" about coming back to town "about the case" ensures that the "case" will be "bound over" to the "Grand Jury." When I was extradited from Alabama to Walker County" Sheriff Steve Wilson" lied when he stated at the so-called Press conference that I was the "only one caught with her check" and Detective William Davis under "oath" at the "So-called Preliminary Hearing" lied also "stating that I was "caught" with the "guy" arrested with me trying to "cash forged checks" on "June 13, 2000" and the CASE NO: 01CR00047 Evidences that "Wilson and Davis" both lied and neither "spoke" about 2010 and the "illegal Probation Violation Arrest" and "Extradition" in "2010" AND my "DNA" being taken once again in "2010". In my previous letters I address the "so-called Preliminary Hearing" in more detail in particular the "statement under oath by Detective Davis" that Julie McDonald left the "Cabin" on June 6, 2000 supposedly because "Andrea's son Rick, was keeping up too much noise while they were watching a television program and that I" confirmed" that she left the "cabin" because of this "argument". There is "no" recording and/or statement from me about Julie leaving the cabin on the "6th of June

PAGE 7of 8

and the "State Warrant and Mittimus" used to Charge me with (2) counts of 1st Degree Forgery in which the "Catoosa County D.A. Office" used Perjured testimony" to obtain the indictments "contradicts Detective Davis's testimony" about June 6, 2000 in which Julie was at work and it was Andrea and Rick who gave me rides to purchase the truck on June 6, 2000, but she (Kristin Patton) couldn't show that he was lying under oath because she lied about coming back and because "my rights to confrontation" were violated. Davis in his testimony never mentioned anything about 2010 neither did "Wilson" in his "so-called Press-conference". On December 9, 2025 I submitted to you along with several "Notarized" letters to "Kristin Patton", the "Catoosa County D.A office" and the "Deputy Clerk Summer Petty" that evidences that the "Lookout Mountain Judicial" and the "Lookout Mountain Public Defender Circuit" are "Corrupt" and "violate" the constitutional rights of individuals and that in 2000 I was "illegally charged" and that in "2010" I was "illegally arrested" and "extradited" in "2010" and the "letters and documents" speak for themselves. Finally, Please note that throughout case nos: 000 CR 00 980 and 01 CR 00047 in 2000 and 2010 that the only "Judge" involved was "Judge Ralph Van Pelt" who signed the "Warrants". I will be sending you the Preliminary Hearing Transcripts.

PAGE 8 of 8 Sincerely, Chaa